[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15385
Non-Argument Calendar
_____

D.C. Docket No. 6:14-cr-00083-GAP-KRS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JAMES MCKNIGHT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 8, 2015)

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Willie McKnight in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McKnight's convictions and sentences are **AFFIRMED**.